IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANGEL JACKSON, as Trustee and Natural Guardian of minor H.D.P., and ALLIE ELIZABETH PRESSLEY )<br><br>    Plaintiffs<br><br>v.<br><br>EMILY REEVES PRESSLEY and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY<br><br>    Defendants | CIVIL ACTION<br>FILE NO. 5:22-CV-00311-TES |

## ORDER AUTHORIZING INTERPLEADER DEPOSIT

This matter is before the Court on Hartford Life and Accident Insurance Company's ("Hartford") Consent Motion to Deposit Funds (the "Motion"). The Motion requests permission to present a check in the amount of $250,000.00, plus any applicable accrued interest, payable to the Clerk of this Court as a deposit into the Court's Registry. These funds constitute insurance proceeds plus any applicable accrued interest payable by the reason of the death of Dale Lamar Pressley under an employee welfare benefit plan funded by a group life insurance policy issued by Hartford.

The Court finds that the proper payee of these funds is in dispute and that

their deposit into the Registry of the Court is appropriate. Therefore, for good cause shown, the Motion is hereby **GRANTED**.

**IT IS ORDERED** that the Clerk of this Court accept Hartford's check and receive the funds at issue into the Registry of this Court. Funds received pursuant to this Order meet the Internal Revenue Service definition of a "Disputed Ownership Fund" (DOF) and must be deposited into the CRIS DOF administered by the Administrative Office of the United States Courts, which will be responsible for meeting all DOF tax requirements. The ultimate disposition of these funds will be determined by Order of this Court in the above-styled action.

**SO ORDERED**, this 25th day of October, 2022.

<u>S/ Tilman E. Self, III</u>
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**