IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANGEL JACKSON, as Trustee and Natural Guardian of minor H.D.P., and ALLIE ELIZABETH PRESSLEY </br></br> Plaintiffs </br></br> v. </br></br> EMILY REEVES PRESSLEY and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY </br></br> Defendants | CIVIL ACTION </br> FILE NO. 5:22-CV-00311-TES |

## **ORDER**

This matter is before the Court on Hartford Life and Accident Insurance Company's ("Hartford") Consent Motion for Discharge, Dismissal and Permanent Injunction. Having considered all matters of record, and for good cause shown, this motion is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED**:

a) That Hartford is **DISCHARGED** from all further liability under WestRock Company's employee welfare benefit plan (the "Plan") beyond those monies deposited into the Court's Registry in the amount of $275,397.26, which represent the outstanding benefits, plus

1

accrued interest, payable under the Plan by reason of the death of Dale Lamar Pressley (the "Decedent");

b) That Hartford is **DISMISSED WITH PREJUDICE** from this action; and

c) That Angel Jackson, as Trustee and Natural Guardian of minor H.D.P., Allie Elizabeth Pressley, and Emily Reeves Pressley are **PERMANENTLY ENJOINED** and restrained from initiating any other action against Hartford for recovery of benefits payable under the Plan by reason of the death of the Decedent.

**SO ORDERED**, this 29th day of November, 2022.

S/Tilman E. Self, III<br>
TILMAN E. SELF, III<br>
UNITED STATES DISTRICT JUDGE