IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANGEL JACKSON, as Trustee and Natural Guardian of minor H.D.P., and ALLIE ELIZABETH PRESSLEY, | * <br> * <br> Case No. 5:22-cv-00311-TES |
| Plaintiffs, | * |
| v. | * |
| EMILY REEVES PRESSLEY, | * |
| Defendant. | |

## JUDGMENT

Pursuant to this Court's Order dated March 29, 2023, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Monroe County, Georgia.

This 30th day of March, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk